No. 00–5251. ROBINSON v. UNITED STATES. C. A. Fed. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 803] denied.

No. 00–6586. IN RE SIMMONS; and
No. 00–6998. IN RE WALKER. Petitions for writs of habeas corpus denied.

No. 00–6417. IN RE WHITE. Petition for writ of mandamus denied.

No. 99–1268. KENNECOTT UTAH COPPER CORP. v. BECKER ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–10091. ISIENYI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–10243. FELDER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–60. WOODRUM v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–184. MILLS ET AL. v. UNITED STATES; and
No. 00–5722. MILLS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: No. 00–184, 204 F. 3d 669; No. 00–5722, 208 F. 3d 216.

No. 00–258. FLETCHER v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 00–312. BAGLEY, WARDEN v. COMBS. C. A. 6th Cir. Certiorari denied.

No. 00–329. KANSAS v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–370. MONAHAN ET AL. v. NEW YORK CITY DEPARTMENT OF CORRECTIONS ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–398. COUNTY OF TEHAMA ET AL. v. DIRUZZA. C. A. 9th Cir. Certiorari denied.